UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIUS DAVID GENOA
aka DAVID GATES,

        Plaintiff,

  v.

WARDEN,

        Defendant.

Case No.  15-cv-02459-JD

**ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, the petition is incomprehensible.  Petitioner is currently incarcerated at a state hospital in the Central District of California, but it is not clear if he is challenging the commitment to the state hospital or an underlying criminal conviction from this district.  The petition is **DISMISSED** with leave to amend.  The amended petition must be filed within **twenty-eight (28) days** of the date this order is filed.  Petitioner must identify the relief he seeks, what he is challenging, and briefly set forth his claims.

      **IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIUS DAVID GENOA,

    Plaintiff,

  v.

WARDEN,

    Defendant.

Case No.  15-cv-02459-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julius David Genoa ID: J-60908
DSH-Atascadero 33
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2