UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIUS DAVID GENOA,

    Petitioner,

v.

WARDEN,

    Respondent.

Case No.  15-cv-02459-JD

**ORDER OF DISMISSAL**

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition was dismissed with leave to amend because it was incomprehensible and petitioner was incarcerated at a state hospital in the Central District of California.  Though, his underlying criminal conviction is from this district.  The twenty-eight days to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court.

The petition is **DISMISSED** without prejudice.  Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**.  *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIUS DAVID GENOA,

    Plaintiff,

  v.

WARDEN,

    Defendant.

Case No. 15-cv-02459-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julius David Genoa ID: J-60908
a.k.a. David Gates
DSH-Atascadero
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: November 17, 2015

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2